No. 991. WYLAN *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of L. A. (Appeal dismissed, *ante,* p. 266.) Appellee is requested to file within thirty days a response to the petition for a rehearing.